No. 96–5696. BIGPOND v. CHAMPION, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 96–5697. JEMZURA v. NEW YORK STATE ELECTRIC & GAS CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–5698. BLACKISTON v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–5702. PARHAM v. PEPSICO, INC. C. A. 4th Cir. Certiorari denied.

No. 96–5708. MENDENHALL v. ALASKA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5736. DAVIS v. FREEMAN, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5741. BROWN v. FERGUSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5765. ZEITVOGEL v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–5775. CARMEN ET UX. v. MAYO FOUNDATION ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5778. BARRETT v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–5798. HENDERSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5803. ROJAS v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 96–5812. STADLER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–5828. LUGO v. ROCHA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.